## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF OKLAHOMA

### PRO SE PRISONER CIVIL RIGHTS COMPLAINT

Henry Joseph Jaquez

Plaintiff's full name (Please print)

v.

CHERoKee CounTy

Defendant(s)' full name (Please print)

John Bennett

Haley RoBison

Rachel Marie Dallis

"See attached"

For additional names please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed in the above caption must be identical to those contained in Section IV, pursuant to Fed. R. Civ. P. 10(a).

**23 CIV 410 JFH**

Case No. N/A

*(To be filled out by Clerk's Office only)*

FILED

DEC - 6 2023

BONNIE HACKLER
Clerk, U.S. District Court

By_____
Deputy Clerk

---

### NOTICE

*Federal Rule of Civil Procedure 5.2 and Local Civil Rule 5.3 address the privacy and security concerns resulting from public access to electronic court files. Under these rules, papers filed with the court should not contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include only: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.*

*Each claim you raise must be properly exhausted. If the evidence shows that you did not fully comply with an available prison grievance process prior to filing this lawsuit, the court may dismiss the unexhausted claim(s) or grant judgment against you. See 42 U.S.C. 1997e(a).*

*Plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.*

"Attached"                              Page 1

Henry Joseph Jaquez
        (Plaintiff's full name)
V.                              Case No. ___NIA___


(defendants full names)
Cherokee County
John Bennett
Haley Robison
Rachel Marie Dallis
Johnny Dallis
Chris Shrum
Thomas Scroggins
Dayna Cohen
Sawyer Wyse
Richard Sourjohn
Jeremy Huff
Megan Ford
Tamera Summers
Sylvia Holmes
Robert Jones


        The names listed in the above caption must
        be identical to those contained in section IV,
        pursuant to Fed. R. Civ. P. 10(a).

## I.    JURISDICTION

*Indicate below the federal legal basis for your claim, if known.*

☑    42 U.S.C. § 1983 (state, county, or municipal defendants)

☐    Action under *Bivens v. Six Unknown Federal Narcotics Agents*, 403 U.S. 388 (1971) (federal defendants)

## II.    PLAINTIFF INFORMATION

Henry Joseph Jaquez                    (none)
*Full name*                                               *Aliases*

CCDC # 090568 / ODOC # 379100
*Prisoner ID #*

CHerokee County Detention Center
*Place of Detention/Incarnation*

1513 N. Douglas Ave.
*Institutional Address*

Tahlequah            Oklahoma            74464
*City*                      *State*                *Zip Code*

## III.    PRISONER STATUS

*Indicate whether you are a prisoner or other confined person as follows:*

☑    Pretrial detainee
☐    Civilly committed detainee
☐    Immigration detainee
☐    Convicted and sentenced state prisoner
☐    Convicted and sentenced federal prisoner

## IV.    DEFENDANT(S)' INFORMATION

*List the following information for each defendant. If the correct information is not provided, it could result in the delay or prevention of service. Make sure that the defendant(s) listed below are identical to those contained on the first pate. Attach additional sheets of paper as necessary. Do not write on the backs of any additional sheets. See Local Civil Rule 5.2(a).*

Defendant 1:    CHeroKee County
*Full Name*

CHeroKee County OKlahoma
*Current Job Title*

213 W. Deleware
*Current Work Address*

Tahlequah    OKlahoma    74464
*City*                *State*                *Zip Code*


Defendant 2:    John Bennett
*Full Name*

CHeroKee County
*Current Job Title*

213 W. Deleware
*Current Work Address*

Tahlequah    OKlahoma    74464
*City*                *State*                *Zip Code*


Rev. 07/2019

3

Defendant 3:     Haley RoBison
                 *Full Name*

                 CHeroKee CoumTy
                 *Current Job Title*

                 213 W. Deleware
                 *Current Work Address*

                 Tahlequah     OKlahoma     74464
                 *City*          *State*       *Zip Code*


Defendant 4:     Rachel Marie Dallis
                 *Full Name*

                 ATTorney
                 *Current Job Title*

                 413 N. MusKogee Ave.
                 *Current Work Address*

                 Tahlequah     OKlahoma     74464
                 *City*          *State*       *Zip Code*


Defendant 5:     Johnny Dallis
                 *Full Name*

                 CHeroKee CoumTy Jail AdminisTrator
                 *Current Job Title*

                 1513 N. Douglas Ave.
                 *Current Work Address*

                 Tahlequah     OKlahoma     74464
                 *City*          *State*       *Zip Code*

"ATTacHed"          Pg. 1 of 4

IV. Defendant(s) information

Defendant 6:  CHRis SHrum
              CHerokee County AssisTanT Jail
              AdminisTrator
              1513 N. Douglas Ave.
              Tahlequah  Oklahoma  74464

Defendant 7:  Thomas Scroggins
              CHerokee County Detention
              Officer Supervisor
              1513 N. Douglas Ave.
              Tahlequah  Oklahoma  74464

Defendant 8:  Dayna CoHen
              CHerokee County Detention
              Officer Supervisor
              1513 N. Douglas Ave.
              Tahlequah  Oklahoma  74464

"ATTacHed"          Pg. 2 of 4

IV. Defendant(s) information

Defendant 9: Sawyer Wyse
CHeroKee County Transport
Officer and Administration
1513 N. Douglas Ave.
Tahlequah Oklahoma  74464

Defendant 10: Richard Sourjohn
CHeroKee County Transport
officer and administration
1513 N. Douglas Ave.
Tahlequah Oklahoma  74464

Defendant 11: Jeremy Huff
CHeroKee County Detention
Officer
1513 N. Douglas Ave.
Tahlequah Oklahoma  74464

"Attached"    Pg. 3 of 4

IV. Defendant(s)' information

Defendant 12: Megan Ford
                Cherokee County Detention
                Officer
                1513 N. Douglas Ave.
                Tahlequah Oklahoma 74464

Defendant 13: Tamera Summers
                Cherokee County Secretary
                Administration
                1513 N. Douglas Ave.
                Tahlequah Oklahoma 74464

Defendant 14: Sylvia Holmes
                Cherokee County Detention
                Officer Supervisor
                1513 N. Douglas Ave.
                Tahlequah Oklahoma 74464

"ATTacHed"    Pg. 4 of 4

IV. Defendant(s)' information

Defendant 15:    Robert Jones
                 CHerokee County Detention
                 Officer
                 1513 N. Douglas Ave.
                 Tahlequah  Oklahoma  74464


THe names listed in "attacHed" above
caption are identical to those contained
in Section IV, pursuant To Fed. R. Civ. P.
10(a).

## V.    STATEMENT OF CLAIMS

### A.  Claim 1

Date(s) of occurrence:  _1/4/2023 to 11/19/2023 ongoing_

Place(s) of occurrence: _CHerokee County Detention Center_

*State which of your federal constitutional or federal statutory rights have been violated:*
Conditions of Confinement / Deprivation of outdoor recreation / Violation of 14th Amendment as Pretrial Detainee

*Briefly state the FACTS that support your case. Provide a short and plain statement of how each named defendant was personally involved in the violation of your constitutional rights and why you are entitled to relief from each named defendant. See Fed. R. Civ. P. 8(a). Do not cite case law.*

FACTS: (1) I have Been in tHe Custody of "CHerokee County" since, 1/4/2023, and have Been denied my Basic Rights and Needs of recieving any outdoor recreation, Fresh air, sunlight, and exercise. By "CHerokee County", and "OFFicials".
( See attached )
A. Claim 1

### B.  Claim 2

Date(s) of occurrence: _4/28/2023_

Place(s) of occurrence: _CHerokee County Detention Center Booking_

*State which of your federal constitutional or federal statutory rights have been violated:*
my Federal Protected Constitutional Rights To Be Free From Excessive Force under tHe 14th Amendment as Pre Trial Detainee

FACTS: (1) On or around tHe day of 4/28/2023 wHile at tHe "CHerokee County" Detention Center in Booking Cell # A.1 Detention "officer" THomas Scroggins, "Robert Jones", Detention OFFicer "Jeremy Huff", did not want To make me a Copy oF PREA Complaint I had
( See attached )
B. Claim 2

"ATTacHed"          Pg. 1 of 2          42 U.S.C §1983

Complaint

V. STaTemeNT OF Claims

   A. Claim 1 - Conditions of Confinement Deprivation

2.) I have spoken with Detention Supervisors "Sylvia Holmes", "Dayna Cohen", "THomas Scroggins", and Transport Officer "Richard Soorjohn", and Detention officer "Megan Ford", all From tHe dates of, 1/4/2023, to, 11/19/2023, To no Avail.

3.) I have also grieved tHis serious issue to "Johnny Dallis", "CHris Shrum", "Tamera Summers" from tHe dates of, 2/15/2023, to 11/19/2023, on tHe Kiosk and HandWRiTTen Grievances to no Avail.

4.) I also wRote Appeals and senT Complaints To "CHerokee CouNTy", and senT Voluntary STaTemeNTs abouT THis serious Matter To, "John Bennett", and "Haley RoBison", Concerning Being "denied ouTdoor recreation". To No Avail.

5.) AltHough I have spoken with "all the named", and Grieved, and Appealed to "all the above named", I still am noT allowed To recieve "ouTdoor Recreation, FresH air, Sunlight, and Exercise outdoors."

"Attached"          Pg. 2 of 2          42 U.S.C §1983

complaint

V. Statement of Claims

   A. Claim 1 - Conditions of Confinement Deprivation

6.) Although, I have fully exhausted all my available "administrative remedies" to this serious matter of "Deprivation to outdoor recreation". These "officials", "staff", and "administrations" will not allow me the opportunity to go "outdoors to recreation".

7.) This facility has, "outdoor recreation yard", and mostly every inmate goes outside daily Here at "Cherokee County Jail. This jail will not give me this opportunity, and, I have Been without outdoor recreation "for over (10) ten months, and, "ongoing".

8.) This is "causing me "serious mental issues and causing my Body to cramp and ache severely. I am pale skin and in constant pain of Atropy". I put in Medical Requests for Pains.

9.) I am sueing "all aboved named in their "official and individual capacities". I am also sueing, "Cherokee County", in its "official capacity, for violating outdoor recreation County Prisoner Policy, "Basic Rights", and "Equal Protection Rights".

               (end of Claim 1)

"Attached"                Pg. 1 of 2                    42 u.s.c § 1983
                                                         Complaint

V. Statement of Claims
    B. Claim 2 - Excessive Force

2.) Ready to file. These officers, "Thomas Scroggins"
    and, "Jeremy Huff", then came after me and started
    To "shove me" into cell A7. While "I pleaded with
    These officers" for them to "not touch me", Detention
    Officer, "Thomas Scroggins", deployed O.C. chemical
    agents upon my face. Present was, "Robert Jones".
3.) As "I got pushed" into cell A7, "I pleaded and
    begged for officers to let me decontaminate". I
    was yelling and screaming because I was
    "burned. These officers" did not give me "no
    decontamination", and left me in cell A7 with,
    "burns to my face". I have a "permanate scar"
    now about the size of a quarter on the
    Left side of my chin.
4.) I then grieved this serious matter of "excessive
    Force", by first trying to talk with, "Sylvia Holmes",
    "Sawyer Wyse", "Richard Sourjohn", "Megan Ford",
    "Dayna Cohen", from the dates of, 4/28/2023, to,
    5/3/2023, to no avail. I also pleaded and spoke
    with officer, "Robert Jones", since He was
    "directly" indolved".

"Attached"             Pg. 2 of 2              42 U.S.C §1983
                                              complaint

V. Statement of claims
   B. Claim 2  – Excessive Force

5.) I grieved this issue to "Johnny Dallis", "Chris Shrum",
    on Handwritten Request to staffs and Grievances
    from, 4/28/2023, to, 5/10/2023, to no Avail.
6.) I sent Grievance appeals, and, Inmate Voluntary
    Statements, and, sheriffs office statements, to,
    "Cherokee County", "John Bennett", and "Haley
    Robison", at the, Cherokee County CourtHouse.
    To no Avail.
7.) "All these named, Know of This serious issue
    of "Excessive Force", and took no Action to Fix
    The problem, or properly investigate. "All named",
    Know of This issue and "personally were
    involved", and, "officially involved", and would
    not Give me any relief". Leaving me with
    Permanate Scar to my face from "Burns", and
    "no decontamination".
8.) I am sueing "Cherokee County, in its "official
    Capacity", and sueing "all named" individuals
    in their "personal capacities", for "personally
    Being involvement, and Cherokee County For
    Breaking Excessive Force Policies and Procedures
    and Protect and Serve Policy.
              (end of Claim B. (Claim 2)

C. Claim 3

Date(s) of occurrence: 4/24/2023 to 5/10/2023 and 8/24/2023 to ongoing

Place(s) of occurrence: Cherokee County Jail

State which of your federal constitutional or federal statutory rights have been violated:
my 1st Amendment Federal Protected Right To Free exercise of Religon, Freedom To practice Religious Beliefs.

FACTS: (1.) From the dates of, 4/24/2023, to, 5/10/2023, I was put in Booking cell A7 and B8, at, "Cherokee County" Jail, By, "Johnny Dallis", "Chris Shrum", "Sylvia Holmes", "Sawyer Wyse", and, "Cherokee County", "In Booking" "Cherokee County", and "Cherokee County" Jail
( See attached C. claim 3 )

D. Claim 4

Date(s) of occurrence: 4/24/2023 to 5/10/2023 and 8/24/2023 to 10/21/2023 ongoing

Place(s) of occurrence: Cherokee County Detention Center

State which of your federal constitutional or federal statutory rights have been violated:
my 1st Amendment Federally Protected Freedom of Speech, Freedom of Speech violation

FACTS: 1.) From the dates of, 4/24/2023, to, 5/10/2023, and From, 8/24/2023, to, 10/21/2023, While at The "Cherokee County" Detention Center, in Booking, cells A6, "A7, B8", This prisoner was not allowed To "speak", in these cells for Months at a time.

( "see attached D. Claim 4" )
( See attached E. Claim 5 )
( See attached F. Claim 6 )
( See attached G. Claim 7 )
( see attached H. Claim 8 )
( see attached I. Claim 9 )

Rev. 07/2019                                                                  6

"Attached"                Pg. 1 of 3              42 U.S.C §1983

                                                  Complaint

V. Statement of Claims

   C. Claim 3 - Free Exercise of Religon

2.) Administrators,"Johnny Dallis", and,"Chris Shrum",
    "developed a policy", to not allow me to see a
    "Jail Chaplin."

3.) So from, 4/24/2023, to, 5/10/2023, and from, 8/16/2023,
    and to, 11/19/2023, and, "ongoing", I am not allowed
    to "see, or talk" with a "Jail Chaplin", or, "freely
    exercise my Religious Beliefs."

4.) "Sylvia Holmes", "Dayna Cohen", "Megan Ford", "Thomas
    Scroggins", enforced this, "Policy", upon me for several
    months now. From, 4/24/2023, to, 5/10/2023, I
    was threatened to be sprayed with chemical
    agents and placed in a restraint chair "for,
    reading my Bible", out loud in Booking cells.

5.) These "jail Detention Staff, "Sylvia Holmes,"
    "Dayna Cohen", "Megan Ford", and, "Thomas Scroggins,"
    Continued to "not allow me to practice my
    Religon", and, "enforce this, Policy", upon me
    for, "Cherokee County", and, "Cherokee County"
    Jail "Administrators" "Johnny Dallis", and,
    "Chris Shrum."

"ATTacHed"          Pg. 2 of 3          42 u.s.c. §1983
                                        complaint

V. STaTémenT of Claims
   C. Claim 3 — Free Exercise of Religon

6.) I have spoken with "Richard Sourjohn" about
    THis serious (oncern many of times from, 1/19/2023,
    until, 10/6/2023, to no avail.

7.) I have Grieved tHis issue To, "Johnny Dallis,"
    "CHRis Shrum", "Tamera Summers", and "Richard
    Sourjohn", From 4/25/2023, until, 10/10/2023,
    on HandWRiTTen Request To STaff, and HandWRiTTen
    Grievances To No Avail.

8.) I have WRoTe Complaints, and, Appeals, and
    Inmate Voluntary STaTements, To "CHeroKee
    County", and To "John Bennett, and "Haley
    Robison", WHo always ignore my Pleadings,
    Complaints, and Appeals, WiTH disregaurd.
    From, 4/28/2023, to, 10/10/2023.

9.) On THe Day of, October 12th, 2023, "Johnny Dallis,"
    WRiTes a "AFFidaviT, and "swears" under noTary,
    That, "for WRiting to tHe Local DisTRicT ATTorneys
    is one reason I am not allowed to see a
    chaplin", and, "Because" "He" placed me on P.C.
    protective Custody, that I, "cannot recieve,"
    "Chaplin Services".

"ATTacHed"            Pg. 3 of 3            42 U.S.C. §1983

Complaint

V. STaTEMENT of Claims
C. Claim 3 - Free Excercise of Religon

10.) "Johnny Dallis", Admits THaT I have Contacted "CHeroKee County", and "CHeroKee County OFFicials", in attempts To Gain access To a "CHaplin", on, 10/12/2023, tHrough, "Sworn AFFidaviT, under NoTary.

11.) THis Has Totally affected me spiritually. My, "religious Beliefs", as a "CHristian", rely on Being able To have "CHurcH Service", in Jail, and find comfort in, "Seeing a Jail Chaplin", for spiritual concerns. THis is "Causing", "severe anxiety", and, "depression". THis is done with "punitive intent", By, "all named" above, and, "Knowing" Im "requesting Chaplin", and stripping me of tHis opportunity, and, making a "Policy", on me To Take iT "away".

12.) I am sueing "CHeroKee County, in it's, "OFFicial Capacity", I am sueing "all above named", in tHeir, "personal Capacities", For "personally Being involved", and, "Directly involved", in Violating my Rights To "Free Exercise To Religon", and Im sueing "all named, in tHeir, "OFFicial Capacity", For developing a "Policy, upon me To Take away my 1st Amendment "Freedom of Religon" "ongoing"

("end oF C. Claim 3")

"ATTacHed"                    Pg. 1 of 3              42 U.S.C. §1983

                                                        Complaint

V. Statement of Claims
   D. Claim 4 — Violation of Freedom of Speech

2.) In Booking "CHerokee County" has implicated
    a "Policy" upon me To not allow me to "speak"
    freely in the Cell. This is a "Policy" put in
    place By "CHerokee County" and "CHerokee
    County "Jail Administrations" "Johnny Dallis"
    and "CHris Shrum" and "Tamera Summers".

3.) I was in Booking For several months, and
    not allowed To "speak" in my Cell. This "Policy",
    WHich Violated my "Freedom of speech" is, and,
    "was enforced" upon me By "Sylvia Holmes"
    "Dayna CoHen" "Megan Ford" "Thomas Scroggins"
    "Tamera Summers" "Sawyer Wyse" "Richard
    Sourjohn" "Johnny Dallis", and "CHris Shrum".

4.) Many of Times during, 4/24/2023, to, 5/10/2023,
    and From, 8/24/2023, to, 10/21/2023, did "Megan
    Ford" and "Dayna CoHen" threaten to use Force
    upon me with CHemical Agents For "speaking"
    in my cell.

5.) Many times Did "Megan Ford" tHreaten to
    use Force upon me from, 8/24/2023, to,
    10/21/2023, For "speaking" in my cell A7.

"ATTached"          Pg. 2 of 3          42 u.s.c. §1983
                                        complaint

V. STaTemenT of claims
   D. claim 4 - Violation of Freedom of speech

6.) on, or abouT, 4/28/2023, "THomas Scroggins", deployed O.C. CHemical AGenTS upon my Face, and, "Burns my Face", Leaving a Quarter Size Scar on my Face For, "speaKing, and, "asKing", For Copies of PREA Complaints.

7.) THese Detention OFFicers", enForced, THis, "Policy", To, "not speaK", in BooKing To the Fullest extent For "CHeroKee County". "Causing, irreparable damages to my Face". THese STaFF would not allow me a opportunity For decontamination because I was, "yelling For Help". Detention OFFicer, "RoberT Jones", present.

8.) I have spoken with "Richard Sourjohn", "Sawyer wlyse", "Dayna Cohen, THomas Scroggins", "Megan Ford", Jeremy HuFF", and "Sylvia Holmes", and "RoberT Jones", From, 4/24/2023, until, 10/21/2023, To no Avail. THey all say, "it's Policy".

9.) I have grieved this Violation By writing HandwritTen RequesT To STaFF Complaints, and, Grievances, To, "Johnny Dallis", and, "CHris Shrum", and, "Tamera Summers", From, 4/25/2023, To, 10/21/2023.

"Attached"                    Pg. 3 of 3              42 U.S.C. §1983
                                                        Complaint

V. Statement of Claims
    D. Claim 4 - Violation of Freedom of Speech

10.) Also, "Tamera Summers", views the Grievances.
Although I have grieved this serious issue
it Has Been to no Avail.

11.) I have also Appealed To "Cherokee County", and
sent "John Bennett", and "Haley Robison", Appeals
and Inmate Voluntary Statements from,
April 2023, until, October, 2023. These
Pleadings, and, Appeals, and, Statements,
are also To no Avail, and, No Relief.

12.) "Cherokee County", has developed a "Policy",
That has violated my "Protected Freedom
of Speech", For Long Periods of time. Forceing
me to remain "mute", in Booking, or to get
sprayed with, Chemical Agents "burned",
and, threatened By, "above named".

13.) I am sueing "Cherokee County", in it's, "Official
Capacity", and, "all named, in their, Personal
and official Capacities", for Directly Being
involved, and officially involved in enforcing
a "No Speaking", Policy upon me which caused
severe injury and irreparable damages to my
face, Leaving Burn Scars
                    ( end of D. Claim 4 )

V. Statement of Claims          42 U.S.C. §1983
                                "Complaint
E. Claim 5                      Attached"
                                Pg. 1 of 6

Date(s) of occurrence: 8/8/2023 to 8/19/2023
Place(s) of occurrence: Cherokee County and Cherokee
                        County Jail

State which of your federal constitutional or federal
statutory rights have been violated:
Rights To Be free from cruel and unusual punishments
Failure-To-Protect with Retaliation. Violation of the
8th and 1st Amendments To U.S. Constitutions

Facts: 1) On, or around, the day of, 8/8/2023, I sent
a letter to "Cherokee County" District Attorneys Office,
at, 213 W. Deleware Tahlequah, OK 74464. In this
letter I wrote in Confidence to "Cherokee County
officials", and, specifically quoated "under the Attorney
General Guidelines for The use of Confidential
informants". I wrote in regaurds to recieving a Plea
Bargin for a lesser Sentence, in Exchange for my
testimony on (2) two inmates Case(s), who were
Capital Murder, and violent crimes. That there was
two inmates talking with me about their Cases),
and, that I was not obligated as their attorney
Client privilege to Keep in Confidence what they
were telling me. I offered To testify on Behalf

"Attached"                Pg. 2 of 6              42 U.S.C. §1983
                                                    Complaint

V. Statement of Claims
    E. Claim 5 - Failure-To-Protect with Retaliation

2.) of the State of Oklahoma, in exchange for a Plea of
    a lesser Sentence, if the State needed my testimony.
3.) Around the months of, February, and, March, of 2023, I
    filed Lawsuits against, "Johnny Dallis", and, "Rachel
    Dallis", and in the month of, April, 2023, I filed
    Amended Complaints on "Both individuals", and, also
    Sued, "Cherokee County", in Amended Complaint.
4.) Around the time and date between, 8/8/2023,
    and, 8/16/2023", Cherokee County Officials", John
    Bennett", and, "Haley Robison", gave the letter I
    wrote To, "Rachel Marie Dallis".
5.) on the date of, 8/16/2023", Rachel Marie Dallis",
    Came to, "Cherokee County" Jail, and seen two (2) of
    the inmates I menchened in the letter to,
    "Cherokee County", John Bennett", and, "Haley Robison".
6.) While I was on H-Pod sitting at the table doing
    Legal work", Detention Staff", came into, H-Pod, and
    asked me To, Lockdown, "Per Administration", in which
    I complied. Inmate "Santana", was out of the unit,
    H-Pod, at this time, talking with "Rachel Marie Dallis".

"ATTacHed"                Pg. 3 of 6              42 U.S.C. §1983

                                                    complaint

V. STatemenT of claims

   E. Claim 5 - Failure - To - Protect with Retaliation


7.) I was put on "protective Costody" Status, Per Jail
    Administration, "Sawyer Wyse", Johnny Dallis, Chris
    Shrum", and "Detention Supervisor Dayna Cotten", on,
    8/16/2023, at about, 3:30 p.m, on H-Pod", Cherokee
    County" Jail.

8.) Inmate, Santana, came Back into the H-Pod with, "Sawyer
    Wyse", and Began calling me a "Snitch", and, a "Rat".
    Stating, "Rachel Dallis", just Told Him so".

9.) Next, got pulled out of, H-Pod, was inmate, "Decker".
    who then came Back SHortly after with, "Sawyer
    Wyse", and, Started announcing to H-Pod that
    He just seen "Rachel Dallis", and sHe Told Him
    I was snitching on Him, and, He was going to
    "get me for, "Rachel Dallis". THis was on, H-Pod,
    "CHerokee County" Jail, on, 8/16/2023, at about,
    4:00 pm.

10.) I started grieving tHis on tHe Kiosk tHrough,
    Request To Staffs, and, Grievances, on, 8/17/2023,
    and wRote HandwRitten Complaints, To, Johnny
    Dallis", and, "CHris Shrum. I was also grieving
    because" I could Hear, and, see officers",

"Attached"                    Pg. 4 of 6              42 U.S.C § 1983
                                                      complaint

V. Statement of Claims
    E. Claim 5 - Failure-To-Protect with Retaliation

11.) Officers, "Sawyer Wyse", "Megan Ford", "Thomas Scroggins", "Jeremy Huff", provoking, and, instigating "inmates, on H-Pod "to, "Go ahead and Get me if they get a chance", that, "they didn't care".

12.) I had Been filing Grievances on, "Megan Ford, and, "Thomas Scroggins", prior, since the months of, April, 2023, until, "8/24/2023, "ongoing, and on "Sawyer Wyse", and, "Jeremy Huff".

13.) On the day of, 8/18/2023, I wrote another, handwritten "Kite" Grievance, to, Jail Administrators, "Johnny Dallis", and "Chris Shrum", asking to be moved off H-Pod, that, "I could Hear the officers" stated above, "talking, with "inmates" stating, to get me when they let me out the cell to get water".

14.) On the day of, 8/19/2023, at Lunch Time feed out, noon. Officers, "Thomas Scroggins, and, "Jeremy Huff, and, "Megan Ford", was on Duty. Officers Then "let me out" of my cell H-2", to get water", for Lunch, since, cell H-2 water did not work.

"Attached"                    Pg. 5 of 6              42 U.S.C. §1983
                                                           Complaint

V. Statement of Claims
   E. Claim 5 - Failure-To-Protect with Retaliation

15.) Officer", Thomas Scroggins", and," Jeremy Huff", stood
    with their Backs To H-Pod main door and,
    "watched", as inmate,"Decker", came up Behind
    me, while," I was getting water", and," punch
    me", with a closed fist ,To, my right side temple,
    with my Back turned.

16.) I was on, Protective Custody", and let out in the,
    "General Population", to Get water", and got
    "punched from the Back", while" officers", watched".
    "The same officers", I was grieving To," Johnny
    Dallis", and," Chris Shrum", about.

17.) I was taken To the" Emergency Room", at the,
    Northeastern Health System - Tahlequah
    directly after the assualt on, 8/19/2023, and
    diagnosis : 1: Assualt ; 2: Head injury, acute,
    without Loss of Consciousness  13:40:16 Time
    and discharge orders By Physician (Lerner 58)

18.) I further exhausted my available administrative
    remedies on this serious violation through
    grievances on the Kiosk, and Handwritten, to,
    "Cherokee County", To," Johnny Dallis", Chris shrum",

"Attached"                    Pg. 6 of 6        42 U.S.C. §1983
                                                complaint

V. Statement of claims
   E. Claim 5 - Failure-To Protect with Retaliation

19.) "John Bennett", "Haley Robison", To absolutely no
     Avail. For this cause, "Thomas Scroggins", and,
     "Megan Ford", were promoted. I was placed in
     Booking cell A7, on, 8/24/2023, and stayed
     there until, 10/21/2023.

20.) I was further punished by, "Cherokee County",
     from, 8/24/2023, until, 10/21/2023, when I
     had all my priveleges to recieve, canteen, and,
     visits, taken. I lost my writing supplies, my
     Law Library, my access to see chaplin, and,
     I could not speak, in Booking cell A7. Also, I
     Lost any chance at, outdoor recreation. I suffered
     "severe injuries, and Loss, ongoing".

21.) I am sueing", Cherokee County, in its "official
     Capacities", and, "all named, in their "individual
     capacities", for "personal involvement", and, Being
     "directly involved" in violating my Federal Protected
     Rights, that leads to "severe injury", and Loss." I
     am sueing in official capacities to "all named, and
     "Cherokee County" for violating Protect and Serve Policy.
     "Decker", and, "Santana", are not named as defendants
                    ("end of E. Claim 5")

V. Statement of Claims          42 U.S.C. §1983
F. Claim 6                      Complaint
                                "Attached"
                                Pg. 1 of 3

Date(s) of occurrence: 8/19/2023
Place(s) of occurrence: Cherokee County, Cherokee
                        County Jail

State which of your federal constitutional or federal
statutory rights have been violated:
My Federal Protected Civil Rights to be free from
Excessive Force as a Pre-Trial Detainee under the
14th Amendment to U.S. Constitutions

Facts: 1.) on the day of, 8/19/2023, on H-Pod, at
the, "Cherokee County" Jail, at noon, Lunch Time
feed out. I was, "Punched" on my right side temple
of my "Head", causing injury, to my "Head". I was
diagnosed at The Emergency Room at Northeastern
Health System -Tahlequah with 1: Assualt;
2: Head injury, acute, without loss of consciousness
at 13:40:16 Time by physician (Lerner 58) on
discharge orders 8/19/2023.
2.) This, "Excessive Force", was caused and provoked
     By, "John Bennett", "Haley Robison", and, "Rachel Dallis".
     "These officials", personally participated, in the
     Leading of, "Excessive Force", By the "inmate".

"Attached"                    Pg. 2 of 3          42 U.S.C. §1983
                                                    complaint

V. Statement of claims
    F. Claim 6 - Excessive Force

3.) These "(3) three named", released confidential
    information, and gave the "inmate" information to
    have the "inmate", Hit me", with", Excessive Force".
4.) Also, Knowingly giving inmate "Decker", the
    "authority to, punch me", was, "Sawyer wyse",
    "Thomas Scroggins", "Jeremy Huff", and, "Megan
    Ford". From 8/16/2023, to, 8/19/2023, These
    "officers provoked", instigated, and gave inmate
    "Decker", permission to, "Hit" me, when I was
    let out of cell H2, for water."
5.) I wrote grievances and Handwritten request
    to, "Cherokee County" Jail Administrators,
    "Johnny Dallis", and "Chris Shrum", about These
    "staff" talking to "inmates" on H-Pod to get
    me, "Hit", and, warned, "Johnny Dallis", and "Chris
    Shrum", and "Tamera Summers", on the Kiosk of
    the "Excessive Force", about to take place,
    To No Avail.
6.) "Cherokee County" officials, immediately
    provided information to "inmate Decker",
    and "Santana", which Lead to immediate
    "physical injury", and, "Assualt".

"Attached"                    Pg. 3 of 3          42 U.S.C. §1983

                                                  complaint

V. Statement of claims
    F. Claim 6 - Excessive Force

7.) "Cherokee County", gave this information to,
    "Rachel Marie Dallis", To immediately give to
    the inmates, Knowing it would Lead To me
    Being "physically injured", or Killed.

8.) Although I have grieved this Very Serious
    Matter To "Cherokee County", "Johnny Dallis",
    "Chris Shrum", and, "Tamera Summers", No relief
    Has ever Been Granted.

9.) Detention Officers", "Thomas Scroggins", "Megan
    Ford", "Jeremy Huff", and, "Sawyer Wyse", all
    recieved promotions, and Better positions.

10.) I am sueing, "Cherokee County", in its,
    "Official Capacity", For Knowingly violating "Excessive
    Force Policy and Procedures", and "Protect and Serve Policy"
    "causing, severe physical injury". I am sueing
    "all named, in their individual Capacities",
    for "Knowingly", and "personally", Participating
    in violations that Lead to, "physical injury",
    and for Being, "personally", and "directly"
    involved, and not Granting me any relief.
    Inmates "Decker", and, "Santana", are not named as
    defendants. (end of F. Claim 6)

V. Statement of Claims                    42 U.S.C. §1983
G. Claim 7                                "Complaint"
                                          "Attached"
                                          Pg. 1 of 4

Date(s) of occurence: 8/11/2023 to 8/24/2023
Place(s) of occurence: Cherokee County, Cherokee
                        County Jail

State which of your federal constitutional or federal
statutory rights have been violated:
My Federal Protected Rights To be free from
Deliberate indifference with Reckless Disregaurd
for Health and Safety, as a Pre-trial Detainee
under the 14th Amendment To U.S. Constitution

Facts: 1.) on or around the day of, 8/8/2023, I sent
a letter to "Cherokee County" Officials, in Confidence,
I wrote Concerning "inmates" on H-Pod at "Cherokee
County" Jail, "Santana", and "Decker", with Capitol
Murder Cases, and Violent Crimes, with Gang
affiliation, talking to me, and making Statements
and Confessions of their crimes to me. I wrote
The letter under the, "Attorney General Guidelines
for the use of Confidential Informants", and, in
Confidence to Help the "Cherokee County Officials".
2.) Upon recieving the letter I wrote around,
   8/11/2023 ", Cherokee County, "John Bennett",
and, "Haley Robison", instantley Gave this letter

"Attached"        Pg. 2 of 4                    42 U.S.C. §1983
                                                   Complaint

V. Statement of claims
   G. Claim 7 - Deliberate indifference


3.) To, "Rachel Dallis". The "Cherokee County officials"
    gave, "Rachel Dallis", this information "in Reckless
    disregard for my Safety". Knowing, "Rachel Dallis",
    would come to inmates, "Santana, and Decker",
    who were on the Same, H-Pod, with me, and
    pass this Confidential information, to the inmates."
4.) "Rachel Dallis", did pass the information, to, "Both
    inmates", on, 8/16/2023, and before these "inmates"
    Came Back on H-Pod from seeing, "Rachel Dallis",
    I was asked To Lockdown, Per Jail Administration,
    "Johnny Dallis", "Chris Shrum", "Sawyer Wyse", Richard
    Sourjohn, and, Tamera Summers."
5.) I was placed on, "Protective Custody", status on
    the "Same Pod" with "inmates, Santana, and Decker",
    and remained in Cell H2", while the "inmates
    are free to roam on H-Pod General population."
6.) I started grieving this "issue on the Kiosk
    "asking To Be moved off H-Pod, To, F-Pod". I also
    wrote Handwritten complaints To, "Johnny Dallis,
    and, Chris Shrum". Stating That, I was
    within earshot of hearing officers."

"ATTacHed"    Pg. 3 of 4                42 U.S.C. §1983
                                          complaint

V. STaTemenT of Claims
    B. Claim 7 - Deliberate indifference

7.) "Sawyer Wyse","Thomas Scroggins","Megan Ford", and
    "Jeremy Huff", talking with "inmates" below me in
    HS-1, giving the inmates a "permission to
    attack" me, when I come out for water."
8.) On 8/19/2023, OFFicers, "Megan Ford", "Thomas Scroggins",
    and, "Jeremy Huff", opened up H2 cell for me to
    "go and GeT water downstairs in, General Population",
    although, I was on "Protective Custody."
9.) OFFicers, "Thomas Scroggins", and, "Jeremy Huff", stood
    OFF with their Backs against, H-Pod, main door,
    and, watched, as, inmate "Decker", came up from
    behind me, and "blind sided me", with a punch,
    with closed Fist, To my right side of my Head
    Temple area.
10.) "Causing a Contusion to my Head, swelling,
    and, Blackness around my Right eye, and,
    bruising to my Temple."
11.) OFFicers, had inmate "Decker", Lockdown, and,
    put me in Back in H2. Later, I was taken
    To THe Emergency Room. OFFicer, "Thomas
    Scroggins", Stated To me, "He was Sorry, To
    Go ahead and wRite a Grievance on Him

"ATTacHed"        Pg. 4 of 4        42 U.S.C. §1983
                                      complaint

V. STaTement of claims
    G. Claim 7 - DeliBerate indifference

12.) THat, He "Knew", I was on "P.C.", and, still, let
     me out, "to get water", with "General population".
     I grieved before the incedent, and, afterward.
     "THomas Scroggins", was promoted.

13.) "All named, acted with "Reckless Disregavrd for
     my Health and Safety". All of tHese named, in
     this complaint, "Knew of a serious RisK to my
     Safety", but, disregavided it recklessly, and,
     deliberately, with ill wanton to, inflict physical
     injvry To my Health, and, Safety".

14.) "All named, were, "personally, and, directly"
     involved, in tHis violation. These "defendants"
     Took no measures to "garantee my safety", and,
     used a "MucH Higher standard then negligance",
     toward me, even after I warned them, and,
     tried to Help them, these "defendants, did
     not, and, will not, Grant any relief, But
     "promoted the officers", violations, in actions.

15.) I'm sueing "CHerokee County, in its "official
     Capacity", for Breaking Health and Safety Codes, and
     "Policy", and all named in tHeir individual capacities. Inmates
     "Decker", and, "Santana", are not named as defendants.
                    ( end of G. claim 7 )

V. Statement of claims                    "42 U.S.C. §1983
                                           complaint"
   H. Claim 8                       "Attached"
                                    Pg. 1 of 6


Date(s) of occurence: 1/14/2023 to 11/20/2023 ongoing
Place(s) of occurence: Cherokee County, Cherokee
                        County Jail


State which of your federal constitutional or federal
statutory rights have been violated:
My Federal Protected Rights to be free from
Retaliation after the filing of Sexual Assualt and
Sexual Harassment complaints and after the filing
of PREA, with Deliberate indifference to a serious
Medical and mental Health need. Violation of my 1st
Amendment and 14th Amendment as a Pre-Trial Detainee


Facts: 1.) on the dates of, 1/14/2023 , 2/17/2023 ,
3/7/2023, I filed "sexual assualt" "sexual Harassment,"
"Sexual Retaliation Complaints", and "PREA Complaints", while
in Custody of "Cherokee County."
2.) I also continued to file Complaints, Request to staffs,
   Grievances, Inmate Voluntary Statements, sheriffs
   office Affidavits, and Appeals, from, 1/14/2023, to,
   11/20/2023, and "ongoing", to "Cherokee County",
   "Cherokee County Jail, and, Cherokee County District
   Attorneys office. I also filed a civil Rights
   Complaint, and, Amended Complaint, in March,

"attached"    Pg. 2 of 6    42 U.S.C. §1983

complaint

V. Statement of claims

H. Claim 8 - Retaliation with Deliberate Indifference

3.) and, April, 2023, with the Federal Eastern District of Oklahoma U.S. Court. And recieved orders from the Court on, 11/19/2023, that I would have to File, another Civil Rights action, To Address, new issues arising, after the filing of these complaints.

4.) From the months from, January, to, November, of 2023, "Rachel Dallis", "John Bennett", "Haley Robison", "Johnny Dallis", "Chris Shrum", "Thomas Scroggins", "Dayna Cohen", "Tamera Summers", "Megan Ford", and, "Sylvia Holmes, started "retaliating" on me for "Filing complaints, and PREA".

5.) "During these months, I lost my, visits, canteen, Religious services, outdoor recreation, my writing supplies, my freedom of speech, because of filing complaints, against, all above named. I never recieved disiplinary."

6.) During these times of, 4/27/2023, or around, "Thomas Scroggins", "Jeremy Huff", and, "Robert Jones", administered O.C. Chemical Agents upon me, for, asking for copies of my, PREA complaints".

"attached"  Pg. 3 of 6                        42 U.S.C. §1983
                                                  complaint

V. Statement of claims
H. Claim B - Retaliation with Deliberate
                Indifference

7.) "These officers", offered "no decontamination", and, "Left me burned", in Booking cell A7, causing, "irreparable scarring to my face".

8.) I grieved to, "Johnny Dallis", "Chris Shrum", "Tamera Summers", "John Bennett", and, "Haley Robison", to No Avail.

9.) I Grieved, and "Appealed" to "Cherokee County", also from, 3/7/2023, to, 11/20/2023, and, "ongoing", about, "Retaliation from filing Complaints", and, "PREA", on, "Rachel Dallis", and, "Johnny Dallis".

10.) I reported "PREA", and, "Sexual Assualt", "sexual Harassment", and, "Retaliation", to "Richard Sourjohn", "Sawyer Wyse", "Sylvia Holmes", "Dayna Cohen", "Megan Ford", "Thomas Scroggins", "Robert Jones", and, "Jeremy Huff", in person, from, 1/14/2023, to 11/20/2023.

11.) Although, I spoke with, and, Grieved, through writing, To, all above named, I have never been "offered" any Medical or Mental Health Treatments, as Protocal for Reporting, "PREA".

"Attached"  Pg. 4 of 6                    42 U.S.C. §1983
                                              Complaint

V. Statement of Claims
    H. Claim 8 - Retaliation with Deliberate
            Indifference

12.) "All above named, Know of "PREA", and are under,
    "PREA Policy", Here at, "Cherokee County" Jail, and
    Offered", no Medical or Mental Health protocal".
13.) On, 8/19/2023, I was, "Hit", By, an "inmate", on,
    H-Pod, for "Filing complaints", on, "Rachel Dallis".
    "Rachel Dallis", "John Bennett", and "Haley Robison",
    Had me, "Hit", By "inmate, Decker", in "Retaliation",
    "For Filing, PREA", and, "Complaints, on, Rachel Dallis".
14.) In "Retaliation" to "Filing Complaints", on, "Johnny
    Dallis", "Thomas Scroggins", and, "Megan Ford", these
    "Officers, and, Administrations, allowed, inmate
    Decker", to, "Punch me", with a closed Fist, and
    "Causing Serious injury".
15.) Directly afterward, and from, 8/24/2023, to
    10/21/2023", Johnny Dallis", "Chris Shrum", "Tamera
    Summers", "Thomas Scroggins", "Richard Sourjohn",
    and, "Sawyer Wyse, took and put me in Booking
    Cell A7", Cherokee County" Jail. I again Lost
    all my, writing supplies, outdoor Recreation, visits,
    Religious services, Free speech, and, canteen,
    with, no disiplinary reason".

"ATTacHed"    Pg. 5 of 6                        42 U.S.C. §1983
                                                 complaint

V. Statement of claims
  H. Claim B - Retaliation with Deliberate
                Indifference

16.) I continued to grieve to "CHerokee County",
    "Jail Administrations", and, "Officers", to no
    avail, from, 8/16/2023, to, 11/20/2023, and,
    "ongoing", to absolutely no Avail.
17.) "All these officers", and, "administrations", continue
    To violate "PREA Policy", and, continue to offer
    "no Medical nor Mental Health Treatments", and,
    "All Know", I'm "Begging For Help", but, continue
    To "disregaurd my Health and Safety", and
    Continue to "not Treat me", but, use, "Retaliation",
    upon me for, "Filing complaints", "Sexual Assualt",
    "Sexual Harassment", and, "Retaliation", with
    "Deliberate indifference" toward me
18.) I am sueing "CHerokee County", in it's official capacity.
    and, "all named", in THeir, "personal", and, "official capacities".
    I did not name inmate, "Decker", as a defendant.
    I am sueing, "CHerokee County for violating PREA Policy
    and Procedures, and all named for personal Being involved
    and Directly involved, and for not Reporting Prea
    or following PREA Policy and Procedures, and using
    Retaliation upon me for reporting PREA instead of Medical
    and Mental Health Protocal For PREA.

"Attached"    Pg. 6 of 6                    42 U.S.C.§1983
                                            Complaint

V. Statement of claims
H. Claim 8 - Retaliation with Deliberate
              Indifference

19.) I mentioned the U.S. District Court
     in paragraph 2.) and 3.) for the Eastern
     District of Oklahoma, But, I do not name
     This entity as a defendant, and, do not
     intend to. This is just a statement of
     Facts. The Court is immune on this Claim
              ("end of H. Claim 8")

V. STATEMENT of Claims     42 U.S.C. §1983
    I. Claim 9           " Complaint "
                     "ATTacHed
                        Pg. 1 of 5

Date(s) of occurrence: 1/19/2023 to 11/20/2023 ongoing
Place(s) of occurrence: CHerokee County Jail

STATE WHICH of your federal constitutional or federal
STATUTORY rights have been violated:
My Federal Protected Rights To Recieve Due Process
of Law To Recieve disiplinary Hearings and
disiplinary Procedures under THE 14th Amendment
To U.S. Constitution as a Pre-Trial Detainee

Facts: 1.) I have been in Custody of "CHerokee County",
and, CHerokee County" Detention Center, in, Tahlequah,
Oklahoma as a Pre-Trial Detainee since, 1/4/2023,
and Been denied any, Due Process of Law, To recieve,
"Disiplinary Hearings", and, Disiplinary Procedures",
STarting at, 1/19/2023.
2.) On, 1/19/2023, Johnny Dallis, Had me transfered to Deleware
County Sheriffs office in Jay, Oklahoma. I did not Have
any, Warrant, out of Deleware County, and, was Transfered
out of disiplinary. I never Had any, Hearing, nor was
I provided with any Written notice, Sanction, or reason
WHy I was being Transfered.

"Attached"        Pg. 2 of 5              42 U.S.C. §1983
                                          Complaint

V. Statement of claims
   I. Claim 9 - Violation of Due Process

3.) Again on, 4/24/2023, I was Brought To, "Cherokee County" Detention Center, By, "Richard Soorjohn", and, remained in Booking Cell B8 until, 5/10/2023.

4.) During this "period of Time", I recieved Disiplinary Punishments, By, "Johnny Dallis", "Chris Shrum", "Richard Soorjohn", "Sawyer Wyse", "Tamera Summers", "Sylvia Holmes", "Dayna Cohen", "Thomas Scroggins", "Robert Jones", and, "Megan Ford".

5.) "I was disiplined To, no Writing supplies, no outdoor Recreation, No Talking, No chaplin service, No canteen, No visits, No Law Library, From, 4/24/2023, to, 5/10/2023".

6.) "I never recieved any disiplinary Hearing, no Disiplinary review, no written notice of infraction against me, no reason for Disiplinary imposed, no Sanction to State reason for finding of guilt, or How Long I would Lose rights and priveleges, The entire "due Process Procedure, was skipped".

7.) "Officers, and, administrations", enforced "disiplinary" against me for, "no cause", until I was again "Transfered" To, Adair County Detention Center, By, "Johnny Dallis", "Chris Shrum", "Richard Soorjohn", and, "Sawyer Wyse".

"Attached"        Pg. 3 of 5            42 U.S.C. §1983

                                        complaint

V. Statement of claims

I. Claim 9 - violation of Due Process

8.) Also, including on disiplinary is (23) twenty three "Hour Lockdown". I was "Transfered" To Adair County, "without a warrant" From Adair County, "out of disipline". "I was not Provided with any hearing, procedure, written notice of charge or infraction against me, no reason why, no review".

9.) Again, Cherokee County Detention Center, Had me "Transfered" from, Adair County, To, Segouyah County, on about, 6/15/2023. With no reason for disiplinary, no Hearing, no written notice, and I did not have a "warrant, out of, Segouyah County".

10.) Again, I was "Transfered" "Back To, Cherokee County" Jail on, 7/26/2023, from, Segouyah County, without any Hearing, or notice, or reason for disiplinary, Transfering, By, Johnny Dallis, Chris Shrum, Sawyer Wyse, Richard Sourjohn, and, Tamera Summers

11.) on, 8/16/2023, Johnny Dallis, Chris Shrum, Sawyer Wyse, Dayna Cohen, Thomas Scroggins, Tamera Summers, and, Richard Sourjohn, imposed a "Lockdown" on me, per administration. I was "punished" again with, disiplinary infractions, By, above named.

"Attached"        Pg. 4 of 5                42 U.S.C. §1983
                                            Complaint

V. Statement of claims
  I. Claim 9 ~ Violation of Due Process

12.) From, 8/16/2023, to, 10/21/2023, I remained on "Lockdown", and, "ongoing". Johnny Dallis, "Chris Shrum", "Thomas Scroggins", Tamera Summers, Megan Ford, Dayna Cohen, "Richard Sourjohn", and, "Sawyer Wyse", Took my writing supplies, Placed me on "Lockdown (23) twenty three hour a day", No Canteen, No Talking, no visits, no Chaplin service, No Law Library, no outdoor rec, as disiplinary."

13.) "No Hearing, or "Review", has ever been conducted." I have never recieved any Notice of charge or infraction, I have not been given any reason why disiplinary was imposed, or a Sanction, and finding of guilt. I have never been given the opportunity to enter a Plea, I have not recieved any written charge, or statement. I have not been given How Long I will be without Loss. The entire, "disiplinary procedure "is skipped", But, "All above named "are able to, "disipline me", and, "Cause Loss of rights, and Privileges". Although, these, "above named, are able to impose disiplinary on me, and punish me, with Loss, I am not allowed to recieve Hearings, or Reviews."

"Attached"        Pg. 5 of 5                    42 U.S.C. §1983

                                                 complaint

V. Statement of Claims

   I. Claim 9 - Violation of Due Process


14.) Although, "Cherokee County Detention Center, has a
    "Disiplinary Procedure", and, "allows Officers to
    impose punishment on this prisoner, "with disipline",
    The Jail "Administration" does not Hold, disiplinary
    Hearings, or Have a, Disiplinary Officer".

15.) The County, punishes me, and, causes Loss of Rights,
    and Privileges", But, does not Provide a reason
    why, or, How Long the Sanction will Last. The
    Jail will not give me a opportunity to see a
    Charge, or enter a plea, or Hold a Hearing to
    determine guilt, or innocence.

16.) I am sueing, "Cherokee County, Jail Officials
    "named above", in their "Official Capacities", for
    violating, "Due Process to Disiplinary procedures",
    and, Policy, at County Jail. I am sueing "all above
    named, in their "personal capacities", for Being
    "Personally, and, "Directly, involved, in Violating
    my "Due Process Rights", and "Causing Loss of
    Rights and Privileges upon me for Long
    Periods of time, and for enforcing punishment
    upon me, without Cause, and Hearing."
                        ("end of I. claim 9")

## VI.   RELIEF REQUESTED

*Briefly state what you want the Court to do for you. Do not make legal arguments or cite cases or statutes.* I Request a order issued For service of USM-285 and Summons To the united states Marshal service To serve The defendants with Complaint, order, Summons. Im seeking a order of investigation By the Attorney Generals office and The U.S. Department of Justice into the Complaint. Im requesting A order of Perminite injunction Relief To my outdoor recreation, and rights To Religon Back. Im requesting a full physical and phycological exam. Im requesting a Monitor on my Religon Claims By International Center of Studies for Religous Law, Consortium. Request for Monetary Damages, Attorneys Fees, Punitive Damages, Pain and suffering Damages, nominal, and Declatory awards, and Filing Fees $50,000,000.°° Total: Fifty million dollars

## VII.   PRISONER'S LITIGATION HISTORY

*The "Three Strikes Rule" bars a prisoner from bringing a civil action or an appeal in forma pauperis in federal court if the prisoner has "on three or more occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. § 1915(g).*

Have you brought any other lawsuits in federal court while a prisoner?   ☑Yes   ☐ No

    If yes, how many?   13

Number each different lawsuit below and include the following:

- Name of case (including defendants' names), court, and docket number
- Nature of claim made
- How did it end? (For example, if it was dismissed, appealed, or is still pending, explain below.)
- Did the court assess a "Strike" or find the dismissal a "Prior Occasion" pursuant to 28 U.S.C.1915 (g). 07-CV-448-GKF ;(NDIoK)"Strike" "(2 Strikes)
14-CV-075-JED-FHm(NDIoK)"Strike" " Total

14-CV-205-JED- Consolidated 14-CV-380-JED(NDIoK)"Consortium" made. after dismissed"Red Flags" made For Bad Law on Bad Rulings

08-CV-192-JHP-Saj-(OKIND) moot

11-CV-1066-F (WDIoK) Summary Judgment win PlaintiFF

11-CV-1406-F (WDIoK) dismissed

22-CV-230-JFH-JAR (EDIoK) Pending Litigation/Summary Judgment

23-CV-54-RAW-JAR (EDIoK) Pending Litigation / Discovery

23-CV-96-RAW-GLJ (EDIoK) Pending Litigation / Fed.R.civ.P. 12(b)(6)

23-CV-80-CVE-SH (NDIoK) Pending Litigation / Discovery

23-CV-165-JFH-JAR (EDIoK) Pending 28 U.S.C §1915 Review

23-CV-160-TCK-JFJ (NDIoK) Pending re-issue of service Fed.R.civ.P. 12

## VIII. PLAINTIFF'S DECLARATIONS:

I declare under penalty of perjury that the foregoing is true and correct. To the best of my knowledge, information, and belief, this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending or modifying existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11 of the Federal Rules of Civil Procedure.

I agree to provide the Court Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Court Clerk's Office may result in the dismissal of my case.

_____    _11-21-2023_
Plaintiff's Signature         Date

I further declare under penalty of perjury that I placed this complaint in the prison's legal mail system, with the correct postage attached, on the _30th_ day of _November_, 20_23_.

_____    _11-30-2023_
Plaintiff's Signature         Date

Rev. 07/2019                                    8